1

2

3

4

5

WHITE & CASE LLP
Jeremy Ostrander (SBN – 233489)
jostrander@whitecase.com
3000 El Camino Real
2 Palo Alto Square, Suite 900
Palo Alto, CA 94306-2109
Telephone: (650) 213-0300
Facsimile: (650) 213-8158

6

7

8

*Attorney for Defendants National Association
of REALTORS®, California Association of
REALTORS®, Lodi Association of
REALTORS®, and Central Valley Association
of REALTORS®*

9

10

11

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

12

13

14

15

16

17

18

19

20

21

JOHN DIAZ,

           Plaintiff,

   v.

LODI ASSOCIATION OF REALTORS®,
CENTRAL VALLEY ASSOCIATION OF
REALTORS®, CALIFORNIA
ASSOCIATION OF ASSOCIATION OF
REALTORS®, NATIONAL ASSOCIATION
OF REALTORS®, AND DOES 1 THROUGH
5, INCLUSIVE,

           Defendants.

Case No. 2:25-cv-01594-DC-CKD

**STIPULATION TO EXTEND
TIME TO RESPOND TO
INITIAL COMPLAINT BY NOT
MORE THAN 28 DAYS
(L.R. 144(a))**

Hon. Dena M. Coggins

22

23

24

25

26

27

28

- 1 -

1    WHEREAS, John Diaz ("Plaintiff") filed the above-captioned action against Lodi
2    Association of REALTORS®, Central Valley Association of REALTORS®, California
3    Association of Association of REALTORS®, National Association of REALTORS® (together
4    "Defendants") in the Eastern District of California on June 9, 2025;

5    WHEREAS, pursuant to Rule 12 of the Federal Rules of Civil Procedure, the earliest
6    deadline for any Defendant to respond to the Complaint is July 7, 2025;

7    WHEREAS, Defendants will not contest proper service of the Complaint;

8    WHEREAS, Defendants requested and Plaintiff agreed to a seven (7) day extension of that
9    deadline for all Defendants to respond to the Complaint;

10    WHEREAS, Local Rule 144(a) provides that "[u]nless the filing date has been set by order
11    of the Court, an initial stipulation extending time for no more than twenty-eight (28) days to respond
12    to a complaint . . . may be filed without approval of the Court if the stipulation is signed on behalf
13    of all parties who have appeared in the action and are affected by the stipulation."

14    IT IS HEREBY STIPULATED by and between the parties hereto through their respective
15    attorneys of record that Defendants may respond to the Complaint on or before **July 14, 2025**.

16
17    Dated:    June 24, 2025                          WHITE & CASE LLP

18                                                     By:  /s/ Jeremy Ostrander_____
                                                          Jeremy Ostrander

19                                                     Jeremy Ostrander (SBN – 233489)
20                                                     jostrander@whitecase.com
                                                       3000 El Camino Real
21                                                     2 Palo Alto Square, Suite 900
                                                       Palo Alto, CA 94306-2109
22                                                     Telephone: (650) 213-0300
                                                       Facsimile: (650) 213-8158

23                                                     *Attorney for Defendants National*
24                                                     *Association of REALTORS®, California*
                                                       *Association of REALTORS®, Lodi*
25                                                     *Association of REALTORS®, and Central*
                                                       *Valley Association of REALTORS®*
26
27
28

STIPULATION TO EXTEND TIME TO RESPOND                    CASE NO. 2:25-cv-01594-DC-CKD
TO INITIAL COMPLAINT BY NOT MORE THAN 28
DAYS (L.R. 144(a))

Dated:    June 24, 2025                    LAW OFFICE OF CHARLES A. HAMM

By: /s/ Charles A. Hamm
        (as authorized on 6/23/25)
        Charles A. Hamm

Charles A. Hamm (SBN – 359861)
info@law4ca.com
300 Montgomery Ave #Q
Oxnard, CA 93036
Telephone: 805-308-4266

*Attorney for Plaintiff John Diaz*

- 3 -

1

**PROOF OF SERVICE**

2

I, Jeremy Ostrander, certify and declare as follows:

3

I am employed in the county of Santa Clara, State of California.  I am over the age of 18

4

and not a party to the action within.  My business address is 3000 El Camino Real 2 Palo Alto

5

Square, Suite 900, Palo Alto, California 94306-2109.

6

On June 24, 2025, I caused a copy of **STIPULATION TO EXTEND TIME TO**

7

**RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 28 DAYS (L.R. 144(a))** to

8

be served upon all counsel of record via the Court's CM/ECF system.

9

I declare under penalty of perjury under the laws of the United States that the foregoing is

10

true and correct.  Executed on June 24, 2025 at Palo Alto, California.

11

12

*/s/ Jeremy Ostrander*
Jeremy Ostrander

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 4 -