Charles A. Hamm (SBN 359861)
Law Office of Charles A. Hamm
300 Montgomery Ave #Q
Oxnard, CA 93036
Phone: (805) 308-4266
Email: info@law4ca.com

Attorney for:
JOHN DIAZ, Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DIAZ, | Case No. 2:25-CV-01594-DC-CKD |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| vs | |
| LODI ASSOCIATION OF REALTORS, CENTRAL VALLEY ASSOCIATION OF REALTORS, CALIFORNIA ASSOCIATION OF REALTORS, NATIONAL ASSOCIATION OF REALTORS, AND DOES 1 THROUGH 5, INCLUSIVE | |
| Defendants. | |

**CERTIFICATE OF SERVICE**     1

**CERTIFICATE OF SERVICE**

I, the undersigned, certify and declare as follows:

1. I am over the age of 18 years, not a party to this action, and employed in the County of Ventura, State of California.
2. On August 15, 2025, I served the following document:
   **OBJECTIONS TO DEFENDANTS' REPLY TO PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS**
3. I served the document electronically via the Court's CM/ECF system on all parties registered for electronic service in this case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 15, 2025, at Oxnard, California.

/s/ Charles A. Hamm
Charles A. Hamm
Attorney for Plaintiff John Diaz